■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL CASTILLO, Appellant. [918 NYS2d 925]—

Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.